UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| EDUARDO BARRAGAN CORRALES,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Criminal No.: 4:14-cr-00099-BLW<br>Civil No.: 4:17-cv-17-00082-BLW<br><br>JUDGMENT |

Based upon the Court's Order filed August 31, 2018, **IT IS HEREBY ORDERED AND ADJUDGED** that the Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 filed by EDUARDO BARRAGAN CORRALES and Case No. 4:17-cv-00082-BLW are **DISMISSED without prejudice**

DATED: September 4, 2018

_____
B. Lynn Winmill
Chief U.S. District Court Judge